**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE                    DATE:   03/13/2023
                                                                 TIME:   12:00 PM
                                                                 ☐ SEALED PROCEEDING

**CIVIL CAUSE FOR INITIAL CONFERENCE**
**CASE:  2:23-cv-00789-JMA-JMW-Harris v. Shore Funding Solutions Inc.**

APPEARANCES:

    For Plaintiff:    Anthony Paronich

    For Defendant:    Clifford B. Olshaker

Court Reporter/FTR:    12:00-12:13 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Initial Conference held. Discussion was held regarding Defendant's anticipate motion for bifurcation of discovery. The parties shall adhere to the following briefing schedule:

Defendant shall serve Plaintiff with moving papers on or before March 24, 2023. Plaintiff will serve Defendant with an opposition, if any, on or before April 7, 2023. The parties will brief the issue via letter-motion and are granted up to 10 pages for their respective filings.

On or before April 10, 2023, Defendant is directed to file a letter advising the Court whether Defendant seeks leave to file a reply. If so, Defendant's letter shall include a proposed date for serving Plaintiff with the reply. Once the *last* set of motion papers have been served, the parties shall bundle file the fully briefed motion on ECF in accordance with the undersigned's Rule 3.C.1.A.

☒ Oral argument on Defendant's anticipated motion for bifurcation of discovery will be held on April 21, 2023 at 9:30 AM, in-person in Courtroom 1020 before the undersigned.

☒ Following discussion with counsel and review of the submitted worksheet, the Court adopted Scheduling Order which is attached at DE [14].

A Status Conference has been scheduled for August 24, 2023 at 10:00 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.

A Final Pretrial Conference has been scheduled for January 19, 2024 at 10:00 AM via the Court's Video Zoom.  The Court will email the Zoom invitation closer to the conference date.  If Judge Joan M. Azrack requires one, a joint proposed pretrial order in compliance with Judge Azrack's requirements and signed by counsel for each party must be received by the undersigned 5 business days prior to this conference.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

                                                      SO ORDERED
                                                     /s/ *James M. Wicks*
                                                     JAMES M. WICKS
                                                     United States Magistrate Judge