## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TIFFANY HARRIS,** individually and on behalf of all others similarly situated, | Case No. 23-cv-789 |
| *Plaintiff,* | |
| *v.* | |
| **SHORE FUNDING SOLUTIONS, INC.** | |
| *Defendant.* | |

### AFFIDAVIT OF TIFFANY HARRIS

1.  I, Tiffany Harris, am over the age of eighteen and, if called to testify in this action, could state the following.

2.  I am the plaintiff in this lawsuit.

3.  I am the owner of cellular telephone number (205) 503-XXXX.

4.  I received a pre-recorded call from the Defendant on April 19, 2022.

5.  The pre-recorded message did not identify the company calling.

6.  I pressed the number and spoke to a live individual.

7.  The individual I spoke to was "Dan Katz".

8.  Mr. Katz identified himself as an employee of the Defendant.

9.  Mr. Katz promoted loan that the Defendant would charge me to take.

10.  Mr. Katz then sent me an e-mail consistent with this offer.

11.  I have produced a copy of that e-mail to the Defendant.

12.  I am producing a redacted copy of my phone bill showing that I own the telephone number at issue.

13.  I have no affiliation with Jason Brown or the business Savage Life Restorations.

Executed under the pains and penalties of perjury at _____, _____ this 28th day of

March, 2023.

_____
Tiffany Harris