## ACCOUNT INFORMATION

| | |
|---|---|
| Account Name | TIFFANY LEEE ANN HARRIS |
| Account Number | ▮▮▮▮373 |
| Phone Number | (205) 503▮▮▮▮ |

PAGE 1

## ACCOUNT SUMMARY

| | |
|---|---:|
| Previous Balance | -49.00 |
| Payment Received | -52.00 |
| Balance Forward | -101.00 |
| Total Adjustments | 0.00 |
| Total Current Charges | 51.00 |
| **TOTAL AMOUNT DUE** | **-50.00** |

Metro by T-Mobile
PO Box 601119
DALLAS , TX  75360-1119

| | |
|---|---:|
| Account Number | ▮▮▮▮4373 |
| Phone Number | (205) 503-▮▮▮▮ |
| Statement Date | 03/02/23 |
| Due Date | 03/02/23 |
| Amount Due | -50.00 |
| **AMOUNT PAID** | |

Metro by T-Mobile PAYMENTS
PO Box 5119
CAROL STREAM, IL 60197-5119

9851243736 0000005000 8



**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | TIFFANY LEEE ANN HARRIS |
| Account Number | ████4373 |
| Phone Number | (205) 503-████ |

PAGE 2

**FOR INQUIRIES CALL CUSTOMER SERVICE AT    1 - 888 - 8METRO8  OR   *611**

**SUMMARY OF CHARGES THRU  03/02/23**

| | | | | |
|---|---|---|---|---|
| **Previous Balance**.................................................................................................... | | | | -49.00 |
| **Payment Detail** | | | | |
| 03/01/23 | 571677681 | eWallet................................................................. | -2.00 | |
| 03/01/23 | 571515343 | eWallet................................................................. | -50.00 | |
| **Total Payments Received Through 03/01/23**................................................................. | | | | -52.00 |
| **Balance Forward**..................................................................................................... | | | | -101.00 |
| **Account level Adjustments**.................................................................. | | | 0.00 | |
| **Subscriber Adjustments**....................................................................... | | | 0.00 | |
| **Total Adjustments**.............................................................................................. | | | | 0.00 |
| **Account level Charges**........................................................................ | | | 0.00 | |
| **Subscriber Charges**............................................................................ | | | 50.93 | |
| **Government Taxes & Fees** | | | | |
| Alabama State-AL - State Comm Serv Tax ...................................................... | | | 0.07 | |
| **Total Current Charges**............................................................................................ | | | | 51.00 |
| **Total Amount Due by 03/02/23**................................................................................. | | | | -50.00 |



**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | TIFFANY LEEE ANN HARRIS |
| Account Number | ████4373 |
| Phone Number | (205) 503-████ |

PAGE 3

**CELLULAR SERVICE**

**MONTHLY CHARGES FOR (205) 503-9790**

| | |
|---|---:|
| MONTHLY SERVICE   03/02 --> 04/01   $50 UNL LTE + Google One.................................................. | 50.00 |
| MONTHLY SERVICE   03/02 --> 04/01   Call Detail.............................................................................. | 1.00 |
| **Total Monthly Charges**................................................................................................................ | **51.00** |