From: **RightSignature.com** <documents@rightsignature.com>
Date: Tue, Apr 19, 2022, 10:25 AM
Subject: Don Katz has sent you the document 'Don Katz Blank App' to sign
To: <gigi.azul82@gmail.com>

Hello William,

Don Katz sent you the following document to sign:

 **Don Katz Blank App** (don_katz_rig_sig.pdf)
Reference #: 6f34fbf7-f925-4f29-bd54-c8e8f4a49816
Status: Pending
Expires: 05/19/2022 11:25
Sender: Don Katz

To review the document and sign with an electronic signature, follow this link:

**REVIEW & SIGN DOCUMENT**

If clicking the button doesn't work, copy and paste this link into your browser's URL bar:

https://secure.rightsignature.com/signers/f2fb92ea-b7ce-49db-a2f1-a05aa075dd11/sign?identity_token=nqRgdeW7Cse6xv1JK91j

**Don Katz**
dkatz@shorefundingsolutions.com

To stop receiving notifications for this document, click here

RightSignature | Citrix Systems, Inc.
https://rightsignature.com

Need help? Please refer FAQ or contact us for technical support.

Interested in a RightSignature account for your business? Call our Sales Team at +1-855-895-4862.

Privacy

---

**One attachment • Scanned by Gmail**



Reply    Forward