Case 2:23-cv-00789-JMA-JMW Document 17-4 Filed 04/11/23 Page 1 of 4 PageID #: 99



Anthony Paronich <anthony@paronichlaw.com>

## RE: New voicemail in mailbox 6174850018 from "JOSEPH TESEO" <9175389295>
1 message

**Anthony Paronich** <anthony@paronichlaw.com>                                            Fri, Mar 24, 2023 at 11:28 AM
To: Clifford Olshaker <cliffordolshaker@yahoo.com>

Yes, that's correct. We're not going to engage directly with your client.

We'll look for the motion and you'll have our response in the timeline required by the Court. Thanks.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Clifford Olshaker <cliffordolshaker@yahoo.com>
**Sent:** Friday, March 24, 2023 11:26 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: New voicemail in mailbox 6174850018 from "JOSEPH TESEO" <9175389295>

It's up to you if you would like to engage in settlement discussions directly with my client.

Case 2:23-cv-00789-JMA-JMW   Document 17-4   Filed 04/11/23   Page 2 of 4 PageID #: 100

In the event that you choose to do so, please allow this email to serve as my consent for you to speak directly with any employee, officer or director of Shore Funding Solutions regarding any aspect of the case. This consent shall remain in effect unless and until revoked by me in writing.

We've settled many cases this way. I encourage you to speak with them.

You'll have my motion to bifurcate this afternoon. Mag. Wicks doesn't want us to file anything on ECF until your response and my reply are served.

Clifford Olshaker, Esq.

Law Office of Clifford Olshaker, P.C.

40-47 75th Street, 3rd Floor

Elmhurst, NY 11373

(718) 429-2505

Facsimile (718) 429-2096

cliffordolshaker@yahoo.com

Privileged and Confidential
The preceding E-mail message contains information that is confidential, may be protected by the attorney-client or other applicable privileges, and may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 718-429-2505. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

On Friday, March 24, 2023 at 11:19:59 AM EDT, Anthony Paronich <anthony@paronichlaw.com> wrote:

Counsel:

I received the attached voicemail, which I won't be returning. Please

instruct your client that it is inappropriate to contact my office as they

are a represented party.

----

Case 2:23-cv-00789-JMA-JMW   Document 17-4   Filed 04/11/23   Page 3 of 4 PageID #: 101

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


-----Original Message-----

From: Voicemail System <noreply@voipinterface.net>

Sent: Friday, March 24, 2023 10:51 AM

To: Work Voicemail <anthony@broderick-law.com>

Subject: New voicemail in mailbox 6174850018 from "JOSEPH TESEO" <9175389295>


Account: 243618


You have a new message in mailbox 6174850018 (Work Voicemail)


From: "JOSEPH TESEO" <9175389295> on Friday, March 24, 2023 at 10:50:50 AM, duration: 0:25


Dial *97 from your account to access voicemail. (The message is attached to this email if you selected the attach option)

Case 2:23-cv-00789-JMA-JMW   Document 17-4   Filed 04/11/23   Page 4 of 4 PageID #: 102