**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIFFANY HARRIS, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>SHORE FUNDING SOLUTIONS INC.<br><br>　　　Defendant. | Civil File No. 23-cv-789 |

## NOTICE OF SETTLEMENT

　　The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a stipulation of dismissal within thirty days.

　　　　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　Anthony I. Paronich, *Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　PARONICH LAW, P.C.
　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　Telephone: (508) 221-1510
　　　　　　　　　　　　　　　　　　anthony@paronichlaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*